C. A. No. 76-293. STATE *v.* EUGENE MONTEIRO. Motion of defendant to remand this case to Superior Court is granted for the purpose of deciding whether the defendant should be released on bail. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Winograd, Shine & Zacks, P.C., John M. Roney,* for defendant.

APPEAL No. 74-209. JOHN A. WORSLEY *v.* ANTHONY CORCELLI, JR. *et al.* Case is assigned for reargument before the full court on Wednesday, March 9, 1977 at 9:30 a.m. *Lovett & Linder, Ltd., Raul L. Lovett,* for plaintiff. *James M. Shannahan,* for defendants.

APPEAL No. 74-215. HENRY D'AGOSTINO *et al. v.* JOSEPH E. DOORLEY, JR. *et al.* Motion of plaintiffs for a reargument before the full court is granted. *John Quattrocchi, Jr.,* for plaintiffs. *John Rotondi, Jr.,* Deputy City Solicitor, *Tillinghast, Collins & Graham, John J. Partridge,* for defendants.

APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. Motion of defendant to dismiss the plaintiff's appeal is granted unless the plaintiff files a brief on or before April 5, 1977. If the plaintiff's brief is not filed by the above date this case will be dismissed without any further order by this Court. *John G. Carroll, Robert K. Pirraglia,* for defendant.

APPEAL No. 76-10. WALTER MUNRO *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Motion of defendant to dismiss the plaintiff's appeal is denied. Plaintiff's motion to amend and file appeal out of time is denied without prejudice. Case is remanded to the Workmen's Compensation Commission for any action it deems proper under Rule 10(e) of this Court. *Lovett & Linder, Ltd., Raul L. Lovett,* for plaintiff. *Ambrose W. Carroll, Eldridge H. Henning, Jr.,* for defendant.